# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **CECILIA TOBAR IRIS,** | ] |
| | ] |
| Petitioner, | ] |
| | ] |
| v. | ] Case No. 7:24-cv-812-ACA-HNJ |
| | ] |
| **KIMBERLY NEELY,** | ] |
| | ] |
| Respondent. | ] |

## MEMORANDUM OPINION

Petitioner Cecilia Tobar Iris, *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging the Federal Bureau of Prisons's refusal to apply First Step Act time credits toward her sentence. (Doc. 1 at 2, 6–7). In May 2025, the magistrate judge entered a report recommending that the court deny her petition. (Doc. 10). Although the magistrate judge advised Ms. Iris of her right to file specific written objections to the report within fourteen days (*id.* at 8), the court has not received any objections.

Ms. Iris's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. The court therefore **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. Accordingly, the court **WILL DENY** Ms. Iris's § 2241 petition.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this May 29, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE